UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 13-5885 JGB** | Date | March 13, 2014 |
| Title | *In re: Lupi Paulo Edwards* | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause re: Bankruptcy Appeal (IN CHAMBERS)


On August 13, 2013, the Court received a notice of appeal from the bankruptcy court in the matter of In re: Lupi Paulo Edwards. (Doc. No. 2.) Appellant Lupi Edwards appealed a decision of the United States Bankruptcy Court of the Central District of California in an adversary proceeding against Appellees Wells Fargo Bank, N.A., et al. (Id.)

Pursuant to the "Notice Regarding Appeal from Bankruptcy Court" issued by this Court on August 13, 2013, Appellant was ordered to "immediately file in the District Court Clerk's Office two complete copies of the order or judgment being appealed from, together with any written findings of fact and conclusions of law and opinions supporting said order or judgment." ("Notice," Doc. No. 1.) In addition, the Notice required Appellant to file a designation of record, a statement of issues on appeal, and a notice regarding the ordering of transcripts with the Clerk of the Bankruptcy Court within fourteen days after filing the notice of appeal. (Id. at 1.) The Notice also requires that the parties comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. (Id.) Notably, Rule 8009 request the Appellant to serve and file a brief within fourteen days after entry of the appeal on the docket. Fed. R. Bankr. P. 8009.

To date, and despite the expiration of time within which to do so, Appellant has not filed all of the required documents. The only document Appellant filed with the Court is the Notice of Election to Proceed Before the U.S. District Court. (Doc. No. 3.) As described above, Appellant failed to designate and provide a copy of the items to be included in the record on appeal, state the issues to be presented on appeal, or request and pay for the transcripts of any proceeding which comprise the relevant record. See Fed. R. Bankr. P. 8006; Notice at 1. When Appellant

files the aforementioned documents and the record is complete for purposes of appeal, the Clerk of the Bankruptcy Court will transmit a copy of the record to the Clerk of the District Court and file a Certificate of Readiness and Completion of Record with this Court.  See Fed. R. Bankr. P. 8007(b); Notice at 2.  The Court has not received a copy of the record, nor is a Certificate of Readiness on file.

The Notice warned that the "failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal."  (Notice at 2.)  Appellant was required to file the documents described above within fourteen days after filing the notice of appeal, that is, by August 27, 2013.  Accordingly, Appellant is hereby ORDERED to show cause in writing, on or before **March 31, 2014**, why this appeal should not be dismissed for lack of prosecution.  Failure to adequately respond to this Order may result in the dismissal of the appeal.

**IT IS SO ORDERED.**